HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorneys for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARRIETA RIDGE, INC., a Georgia Corporation,<br><br>Debtor-in-Possession. | Case No.: 18-04726-CL11<br><br>UNITED STATES TRUSTEE'S STATEMENT ON DEBTOR'S MOTION FOR ORDER DISMISSING CASE<br><br>Dept:  Five (5)<br>Judge: Hon. Christopher B. Latham |

The Acting United States Trustee (the "United States Trustee" or "UST"), by and through counsel, files this Statement on Debtor's Motion for Order Dismissing Case filed as Docket No. 34 ("Dismissal Motion").

The United States Trustee is not opposed to the ultimate dismissal of the case. However, Marrieta Ridge, Inc. (the "Debtor") has not provided any legal support that this case can be dismissed with less than the required due process and notice period pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(4). *See e.g. In the Matter of Park Distributors, Inc.*, 176 F. Supp. 38 (Dist.S.D.Cal. 1959)(holding that cause must be shown to shorten time for notice on motion to sell); *see also* 9 Collier on Bankruptcy P 2002.02(d) (16th 2018)(stating that the 21-day notice period may be shortened upon cause).

Additionally, the United States Trustee intends to question the Debtor at the continued meeting of creditors on October 16, 2018 regarding the accuracy of its name on the Petition. The Petition indicates that the Debtor's name is "Marrieta Ridge, Inc." However, compliance documents such as Certificate of Incorporation filed with Georgia Secretary of State and Statement of Information filed with California Secretary of State appear to show that the correct spelling of the Debtor may be "Marietta Ridge Inc."

Based on these procedural issues, the United States Trustee takes the position that the Dismissal Motion should be properly noticed to all creditors and interested parties upon immediate correction, if any, of the Debtor's actual name.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: October 16, 2018         By:  /s/ Haeji Hong
                                     Haeji Hong
                                     Attorney for the Acting United States Trustee